**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,
                  Government,

                  09 CR. 765 (RMB)

   -against-

                  **ORDER**

ANTHONY DAVIS,
                  Defendant.
-------------------------------------------------------------X

The supervised release hearing previously scheduled for Thursday, June 3, 2021 at 11:00 AM is hereby rescheduled to 9:00 AM on the same date.

In light of the continuing COVID-19 pandemic, the hearing will be held telephonically pursuant to the CARES Act and applicable implementing court procedures.

Participants, members of the public and the press can use the following dial-in information to access the audio of the proceeding:

    USA Toll-Free Number: (877) 336-1829
    Access Code: 6265989
    Security Code: 7651

Dated: May 26, 2021
       New York, NY

                                                RICHARD M. BERMAN
                                                U.S.D.J.