**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
UNITED STATES OF AMERICA,

                Government,

    -against-

ANTHONY DAVIS,

              Defendant.
-------------------------------------------------------------X

                     09 CR. 765 (RMB)

                     **ORDER**

      Based upon the SDNY policy dated March 5, 2018 favoring early termination where warranted, the factors of 18 U.S.C. § 3583(e)(1), and the record herein, and because of Mr. Davis' dedicated compliance with supervised release, including, but not limited to, his successful supervision, his steady employment and stable residence during the exceptionally difficult circumstances brought about by the COVID-19 pandemic, the Court finds that an early termination of supervised release effective September 14, 2021 is warranted. The Court also finds that Mr. Davis has conducted himself in an exemplary and law abiding fashion and met the requirements (conditions) of his supervision.  See transcript of proceedings held on September 14, 2021 for a complete record.

Dated: September 14, 2021
       New York, NY

                           _____
                             RICHARD M. BERMAN
                               U.S.D.J.

# Certificate of Early Completion of Supervised Release

To acknowledge fulfillment of the terms and conditions of Anthony Davis' supervised release, and his hard work and dedication, and achievement, the Court hereby terminates Mr. Davis' further supervised release obligations in accordance with

18 U.S.C. § 3583(e)(1).

Congratulations for a job well done.

September 14, 2021

_Richard M. Berman_

Richard M. Berman
U.S. District Judge